# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Deutsche Bank National Trust Company | CASE NUMBER |
|---|---|
| v. PLAINTIFF(S) | 2:17-cv-08094 JFW(FFMx) |
| Radka Kroul et al  DEFENDANT(S). | ORDER TO REASSIGN CASE PURSUANT TO GENERAL ORDER 16-05 |

On __09/25/2017__, Civil Case No. __2:17-cv-07065__ was filed and assigned to __Michael W. Fitzgerald__.

Pursuant to General Order 16-05, when a newly filed civil case is identified as identical to a previously filed civil case, pending or closed, the newly filed case shall be transferred to the judge assigned to the previously filed case.

Therefore, IT IS ORDERED that:

☑ the above-entitled case be transferred to the calendar of Judge __Michael W. Fitzgerald__ for all further proceedings.

☐ the above-entitled case having been randomly assigned to Judge _____, the Clerk shall reassign the Magistrate Judge assigned to hear any discovery matters that are or may be referred.

__11/14/17__  
Date

Philip S. Gutierrez  
Chair, Case Management & Assignment Committee

## Notice to Counsel from the Clerk

Any discovery matters that are or may be referred to a Magistrate Judge are hereby referred to Magistrate Judge __Charles F. Eick__.

On all documents subsequently filed in this case, please substitute the initials __MWF(Ex)__ after the case number in place of the initials of the prior judge so that the case number will read __2:17-cv-08094 MWF(Ex)__. This is very important because documents are routed to the assigned Judge by means of the initials.

cc: ☐ Previous Judge   ☐ Statistics Clerk